UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:
ZIMMIAN TABB, :
: **ORDER DENYING 28 U.S.C. §
Petitioner, : §2255 MOTION TO VACATE**
-against- :
: 16 Cr. 747 (AKH)
UNITED STATES OF AMERICA, :
: 23 Civ. 5229 (AKH)
Respondent. :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

In light of the Second Circuit's decision in *United States v. Pastore*, 83 F.4th 113 (2d Cir. 2023), and Petitioner's April 9, 2024 notice withdrawing his request for oral argument, Petitioner's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 is denied. *See* 28 U.S.C. § 2255(b) (no hearing necessary where "the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief").

I decline to issue a Certificate of Appealability because Petitioner has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and because Petitioner has failed to identify a claim that jurists of reason would find debatable as to whether Petitioner was denied such a right. *See Slack v. McDaniel*, 529 U.S. 473, 478 (2000). The Clerk is instructed to terminate the open motion at ECF No. 1 in 23cv5229 and ECF No. 68 in 16cr747 and mark 23cv5229 closed.

SO ORDERED.

Dated:   April 10, 2024
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge